UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:12-CR-88-4BO
No. 7:12-CR-88-5BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| KELLY RAY CHAVIS | ) | |
| JAMES HOWELL OXENDINE | ) | |

For good cause shown, the motion of the United States to unseal as to the above-named defendants is hereby GRANTED.

SO ORDERED.

This the 21 day of May, 2013.

TERRENCE W. BOYLE
United States District Judge